UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARIO P. CHAPLE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-625 (RMC) |
| STEPHEN L. JOHNSON,[1] Administrator, U.S. Environmental Protection Agency, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the EPA's motion for summary judgment [Dkt. #18] is **GRANTED** in part and **DENIED** in part. More specifically, summary judgment is granted in favor of the EPA on the following claims: 1) the claim for constructive discharge; 2) the claim that removing Mr. Chaple from the Co-Chair position was a discriminatory action; 3) the claim concerning the request for medical information; and 4) the claim for discrimination based on a hostile work environment. Summary judgment is denied with regard to the remainder of Mr. Chaple's claims.

**SO ORDERED.**

Date:  September 22, 2006           _____/s/_____
ROSEMARY M. COLLYER
United States District Judge

---

[1] Mr. Johnson has been substituted for Michael O. Leavitt, his predecessor as Administrator, Environmental Protection Agency, pursuant to Fed. R. Civ. P. 25(d)(1).